IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 16 CR 117 |
| vs. | ) | Honorable John Z. Lee |
| | ) | |
| DWAYNE DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR A *FRANKS* HEARING

Defendant Dwayne Daniels, by his undersigned lawyer, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, the Fourth Amendment of the United States Constitution, and *Franks v. Delaware*, 438 U.S. 154 (1978), and for the reasons set forth in his contemporaneously filed Supporting Memorandum, moves the Court to hold a *Franks* hearing concerning the affidavit used to obtain a search-and-seizure warrant authorizing federal agents to take a buccal swab and hair sample from him.

Respectfully submitted,

s/Richard H. McLeese
Lawyer for Dwayne Daniels

Richard H. McLeese
53 W. Jackson Blvd., Suite 1615
Chicago, IL 60604
312/492-7273
312.268.6291 (fax)
rmcleeselaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned lawyer hereby certifies that service of the above document was made through the district court's ECF system to opposing counsel on September 28, 2016.

s/Richard H. McLeese
Lawyer for Dwayne Daniels
